UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) Case Nos. | CR115-030, USA v. Martinez |
| | ) | CR115-072, USA v. Henderson |
| LEAVE OF ABSENCE REQUEST | ) | CR115-102, USA v. Sapp |
| | ) | CR115-106, USA v. Lakes, et al |
| LAMONT A. BELK | ) | CR116-108, USA v. Riley, et al |
| July 11, 2016 through July 15, 2016 | ) | CR116-022, USA v. Margel, et al |
| August 15, 2016 through August 19, 2016 | ) | CR116-023, USA v. Ottey, et al |

## ORDER

**Lamont A. Belk** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT **Lamont A. Belk** be granted leave of absence for the following periods: **July 11, 2016 through July 15, 2016 and August 15, 2016 through August 19, 2016.**

This 7th day of June, 2016.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia