IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 115-030 |
| | ) | |
| ERNESTO JUAN MARTINEZ | ) | |

**O R D E R**

Presently before the Court are Defendant's motions to withdraw his notice pursuant to Fed. R. Crim. P. 12.2, and his motion for a psychiatric examination. (Doc. nos. 51, 52.) Upon consideration, the Court **GRANTS** Defendant's motions and **DENIES AS MOOT** Defendant's motion for a psychiatric examination (doc. no. 48). Counsel have also advised the Court that all other pretrial motions have been satisfied or otherwise resolved. (See doc. no. 47.) Therefore, a hearing for Defendant on these motions is not necessary, and the motions are **MOOT**. (Doc. nos. 31-36.)

SO ORDERED this 23rd day of June, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA